395 A.2d 982

Dixon Appeal.

Argued September 12, 1978. Lawrence G. Frank, for appellants; Joseph Colavecchi, for appellee, Daniel Gates; No appearance entered nor briefs submitted for appellees, Clearfield County Children's Services and Betty Gates.

Before PRICE, HESTER and HOFFMAN, JJ.

Order affirmed.